UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID MARX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-13831** |
| **LOUISIANA STATE POLICE OFFICIALS, LOUISIANA ATTORNEY GENERAL, ORLEANS PARISH OFFICIALS, CITY OFFICIALS OF NEW ORLEANS, LA.** | **SECTION "H"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;,

**IT IS ORDERED** that David Marx's 42 U.S.C. § 1983 claims against the defendants, Louisiana State Police Officials, the Louisiana Attorney General, Orleans Parish Officials, and City Officials of New Orleans, Louisiana, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 8th day of March, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**